```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

SHIRLEY A. CHAPPELL,              )
                                  )   No. CV-06-040-CI
         Plaintiff,               )
                                  )   ORDER GRANTING MOTION FOR
v.                                )   STIPULATED REMAND
                                  )
JO ANNE B. BARNHART, Commissioner )
of Social Security,               )
                                  )
         Defendant.               )
```

BEFORE THE COURT is the parties' stipulated Motion to remand the above captioned matter for additional administrative proceedings. (Ct. Rec. 14.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6.) Based on the stipulation of the parties,

**IT IS ORDERED** that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will consider the opinions from William Brown, M.D., and G. Keith Mackenzie, M.D., and explain the weight given to these opinions. The ALJ will further evaluate Plaintiff's subjective complaints pursuant to Social Security Ruling 96-7p. The ALJ will consult with a vocational

ORDER GRANTING MOTION FOR STIPULATED REMAND - 1

1 expert to determine whether the claimant has transferable skills and
2 clarify the effects of the assessed limitations on the occupational
3 base.
4     An application by separate motion for attorney fees under the
5 Equal Access to Justice Act, 28 U.S.C. § 2412(d) may be filed for
6 consideration by the court.
7     The District Court Executive is directed to enter this Order,
8 forward copies to counsel, and thereafter shall close this file.
9     DATED July 20, 2006.

                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR STIPULATED REMAND - 2